

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00385-CV

| | | |
|---|---|---|
| CARL JOHNSON AND PATRICIA JOHNSON, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (22-7967-431) |
| V. | § | February 22, 2024 |
| WINDSONG RANCH COMMUNITY, ASSOCIATION, INC., Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## CORRECTED JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellants' motion to dismiss is affirmed and this matter is remanded to the trial court for further proceedings.

It is further ordered that Appellants Carl Johnson and Patricia Johnson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth